**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6621**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LUIS FELIPE MANGUAL, a/k/a Darin Harris,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, Senior District Judge.  (8:04-cr-00235-RWT-2)

Submitted:  November 30, 2017                    Decided:  December 27, 2017

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Wyda, Federal Public Defender, Sapna Mirchandani, Appellate Attorney, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Greenbelt, Maryland, for Appellant. Stephen M. Schenning, Acting United States Attorney, David I. Salem, Assistant United States Attorney, Ellen E. Cobb, Kristine Dietz Cowherd, Special Assistant United States Attorneys, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Felipe Mangual, Jr. appeals the district court's order granting in part and denying in part his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and deny Mangual's motion to place the appeal in abeyance for a case pending in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*